UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO RAMIREZ-GUTIERREZ,<br><br>                   Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                   Respondents. | Case No.:  3:26-cv-2996-CAB-BJW<br><br>**ORDER PARTIALLY GRANTING PETITION FOR A WRIT OF HABEAS CORPUS** |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, [Doc. No. 1 ("Petition")], filed by Petitioner Pedro Ramirez-Gutierrez. Petitioner claims that he is detained by Immigration and Customs Enforcement ("ICE") in violation of 8 U.S.C. § 1226(a) and the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-cv-1873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025).  [Petition at 1–2.]

Respondents "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  [Doc. No. 4 at 1.]

///

///

///

///

The Court thus **PARTIALLY GRANTS** the Petition and **ORDERS** that within 14 days of this order, unless Petitioner Pedro Ramirez-Gutierrez requests a continuance, the government is ordered to provide Petitioner Pedro Ramirez-Gutierrez an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations.  If requested by Petitioner, Respondents shall assist Petitioner in obtaining the audio recording of the bond hearing.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: June 3, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-2996-CAB-BJW